```
 1
 2
 3
 4
 5                      UNITED STATES DISTRICT COURT
 6                     CENTRAL DISTRICT OF CALIFORNIA
 7
 8   KOLEV, NICK A., P.E., Ph.D.,  ) Case No. CV 08-5324-DOC(RC)
                                   )
 9              Plaintiff,         )
     vs.                           ) ORDER ADOPTING REPORT AND
10                                 ) RECOMMENDATION OF UNITED STATES
     RABBI NISSIM DAVIDI,          ) MAGISTRATE JUDGE
11   Administrator, Rabbanical     )
     Council of California; RABBI  )
12   MENACHEM GENACK, Rabbinic     )
     Administr Union of Orthodox   )
13   Jewish Congregations; THOMAS  )
     N. LEDVINA, Associate GC,     )
14   Office of the General Counsel;)
     Secretary HENRY MERRITT       )
15   PAULSON JR., Department of the)
     Treasury; Secretary MICHAEL   )
16   CHERTOFF, U.S. Department of  )
     Homeland Security; Attorney   )
17   General MICHAEL B. MUKASEY,   )
     U.S. Department of Justice;   )
18   EDMUND G. BROWN, JR., Attorney)
     General California Department )
19   of Justice; Mr. STEPHEN M.    )
     ELLIS, CEO WellS Fargo Bank;  )
20   Mr. KENNETH D. LEWIS, CEO,    )
     President Bank of America;    )
21   Mr. JOHN G. STUMPF, President-)
     CEO, Citibank (South Dakota); )
22   IVAN SEIDENBERG, Chairman and )
     CEO Verizon Communications;   )
23   JAMES D. ELLIS, AT&T GLOBAL   )
     HEADQUARTERS, Vice President, )
24   General Counsel; DAVID B.     )
     SNYDER Legal Counsel JP Chase )
25   National N.A.; CHRISTINE      )
     DZUJNA Dir. Compliance/Legal  )
26   Time Warmer Co.; DAVID C.     )
     WILLIAMS USPS, Inspector      )
27   General,                      )
                                   )
28              Defendants.        )
```

1    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
2 Complaint and other papers along with the attached Report and Rec-
3 ommendation of United States Magistrate Judge Rosalyn M. Chapman,
4 as well as plaintiff's **tardy** cover letter to Judge Percy Anderson,
5 which this Court treats as objections, and has made a de novo
6 determination.

8    IT IS ORDERED that (1) the Report and Recommendation is
9 approved and adopted; and (2) Judgment shall be entered dismissing
10 the complaint and action for lack of subject matter jurisdiction.

12   IT IS FURTHER ORDERED that the Clerk shall serve copies of
13 this Order, and the Magistrate Judge's Report and Recommendation by
14 the United States mail on plaintiff.

16 DATED: September 29, 2008

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

19 R&R\08-5324.ado
   9/26/08

2