1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    CENTRAL DISTRICT OF CALIFORNIA

7

8   KOLEV, NICK A., P.E., Ph.D.,  ) Case No. CV 08-5324-DOC(RC)
                                   )
9               Plaintiff,         )
    vs.                            ) JUDGMENT
10                                 )
    RABBI NISSIM DAVIDI,           )
11  Administrator, Rabbanical      )
    Council of California; RABBI   )
12  MENACHEM GENACK, Rabbinic      )
    Administr Union of Orthodox    )
13  Jewish Congregations; THOMAS   )
    N. LEDVINA, Associate GC,      )
14  Office of the General Counsel;)
    Secretary HENRY MERRITT        )
15  PAULSON JR., Department of the)
    Treasury; Secretary MICHAEL    )
16  CHERTOFF, U.S. Department of   )
    Homeland Security; Attorney    )
17  General MICHAEL B. MUKASEY,    )
    U.S. Department of Justice;    )
18  EDMUND G. BROWN, JR., Attorney)
    General California Department  )
19  of Justice; Mr. STEPHEN M.     )
    ELLIS, CEO WellS Fargo Bank;   )
20  Mr. KENNETH D. LEWIS, CEO,     )
    President Bank of America;     )
21  Mr. JOHN G. STUMPF, President-)
    CEO, Citibank (South Dakota); )
22  IVAN SEIDENBERG, Chairman and )
    CEO Verizon Communications;    )
23  JAMES D. ELLIS, AT&T GLOBAL    )
    HEADQUARTERS, Vice President,  )
24  General Counsel; DAVID B.      )
    SNYDER Legal Counsel JP Chase )
25  National N.A.; CHRISTINE       )
    DZUJNA Dir. Compliance/Legal   )
26  Time Warmer Co.; DAVID C.      )
    WILLIAMS USPS, Inspector       )
27  General,                       )
                                   )
28              Defendants.        )
    _____)

1     Pursuant to the Order of the Court approving the recommendations

2 of the United States Magistrate Judge, and adopting the same as the

3 facts and conclusions of law herein,

4

5     IT IS ADJUDGED that Judgment be entered dismissing the complaint

6 and action for lack of subject matter jurisdiction.

7

8 DATE:   September 29, 2008

                                          DAVID O. CARTER
9                                    UNITED STATES DISTRICT JUDGE

10 R&R\08-5324.jud
   9/26/08
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28